IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ENVIROTECH CHEMICAL SERVICES, INC. | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:21-cv-000601-BRW |
| v. | § § § | |
| SAFE FOODS CORPORATION | § § § | |
| *Defendant*. | § | |

## MOTION FOR LEAVE FOR SETH R. OGDEN TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5(d) of the Local Rules of the Eastern and Western Districts of Arkansas, undersigned counsel, members of the bar of this Court, respectfully move for permission for Seth R. Ogden, a non-resident attorney, to appear as counsel *pro hac vice* for Plaintiff in this case, and in support of the Motion, states:

1. Seth R. Ogden is an attorney at Patterson Intellectual Property Law, P.C. located at Roundabout Plaza, 1600 Division Street, Suite 500, Nashville, TN 37203. His phone number is (615) 242-2400 and his fax number is (615) 242-2221. Mr. Ogden's email address is sro@iplawgroup.com.

2. Dr. Ogden is a member in good standing of the State Bars of Tennessee and Virginia; the District of Columbia; the Eastern, Middle, and Western Districts of Tennessee; the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for Veterans Claims; the U.S. Court of International Trade; and the U.S. Supreme Court.

3. Dr. Ogden is over the age of 21, is of good moral character, and possesses the requisite qualifications of learning and being able to practice before this Court.

4. Dr. Ogden affirms to the Local Rules of the United States District court for the Eastern District of Arkansas and to the jurisdiction of this Court in matters of discipline.

5. In accordance with Local Rule 83.5(d), Dr. Ogden designates the undersigned members of the Bar of Arkansas and of this Court as counsel with whom the Court and opposing counsel may readily communicate with regarding the conduct of this case. The undersigned are attorneys at the law firm of Friday, Eldredge & Clark, LLP located at 3350 S. Pinnacle Hills Parkway, Suite 301, Rogers, Arkansas 72201, and their phone number is (479) 695-6057.

WHEREFORE, the undersigned respectfully requests than an Order be entered allowing Seth R. Ogden to appear *pro hac vice* in this case as counsel for Plaintiff.

Respectfully Submitted,

Marshall S. Ney, Ark. Bar No. 91108
Kael K. Bowling, Ark. Bar No. 2016220
FRIDAY, ELDEREDGE, & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Phone: (479) 695-6049
Facsimile: (501) 244-5389
mney@fridayfirm.com
kbowling@fridayfirm.com

~AND~

Seth R. Ogden, BPR 034377
PATTERSON INTELLECTUAL
   PROPERTY LAW, P.C.
Roundabout Plaza
1600 Division Street, Suite 500
Nashville, TN 37203
Phone: (615) 242-2400
Facsimile: (615) 242-2221
sro@iplawgroup.com

*Counsel for Plaintiff Enviro Tech Chemical Services, Inc.*