IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ENVIRO TECH CHEMICAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 4:21-cv-000601-LPR |
| v. | ) ) | |
| SAFE FOODS CORPORATION | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY AND SUPPLEMENTATION OF DOCUMENT PRODUCTION**

Comes the Plaintiff Enviro Tech Chemical Services, Inc. ("Plaintiff" or "Enviro Tech") moves this Court pursuant to Fed. R. Civ. P. 37 for an order compelling Defendant Safe Foods Corporation ("Defendant" or "Safe Foods") to supplement its responses to (1) Plaintiff Enviro Tech's First Set of Interrogatories to Safe Foods, (2) Plaintiff Enviro Tech's First Set of Requests for the Production of Documents to Safe Foods, (3) and supplement their document production. As to (1) and (2), Defendant has not provided sufficient written responses to items (1) and (2). As to (3), Defendant has improperly withheld documents on numerous bases, including third-party confidentiality, the lack of an Electronically Stored Information (ESI) order, and the privilege for opinions of counsel regarding infringement. Defendant's responses clearly indicate that many more responsive documents exist that have not been produced.

Plaintiff notes that it is filing this motion out of an abundance of caution to preserve Plaintiff's rights due to the end of discovery on April 18, 2023. Alternatively, should the Court prefer, Plaintiff is amenable to amending the Second Amended Final Scheduling Order (ECF No. 81). Defendant has also expressed willingness to amend the Scheduling Order if necessary.

WHEREFORE, Plaintiff requests that the Court enter an Order compelling Defendant to provide supplemental written responses to (1) Plaintiff Enviro Tech's First Set of Interrogatories to Safe Foods, (2) Plaintiff Enviro Tech's First Set of Requests for the Production to Safe Foods, and (3) to supplement their document production. Specifically, Plaintiff Enviro Tech requests that Defendant Safe Foods be ordered to supplement the responses to at least Interrogatories Numbers 1-8 and 13-15; and Requests for Production Numbers 1-4, 6, 8-21, 23, 24, 26-30, 32-38, 40, and 46-57. Plaintiff Enviro Tech further requests that Defendant Safe Foods be ordered to produce documents being withheld for third-party confidentiality and the lack of an ESI order.

Dated: April 18, 2023

Respectfully submitted,

_____
Seth R. Ogden (Tenn. Bar No. 034377),
admitted *pro hac vice*
Ryan D. Levy (Tenn. Bar No. 024568),
admitted *pro hac vice*
Nathan I. North (Tenn. Bar No. 039068)
admitted *pro hac vice*
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville TN 37203
(615) 242-2400
sro@iplawgroup.com
rdl@iplawgroup.com
nin@iplawgroup.com

Marshall S. Ney, Ark. Bar No. 91108
Kael K. Bowling, Ark. Bar No. 2016220
FRIDAY, ELDEREDGE, & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Phone: (479) 695-6049
Facsimile: (501) 244-5389
mney@fridayfirm.com
kbowline@fridayfirm.com

*Counsel for Plaintiff Enviro Tech Chemical Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing PLAINTIFF'S MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY AND SUPPLEMENTATION OF DOCUMENT PRODUCTION has been served via CM/ECF, this 18th day of April 2023, upon the below-listed counsel at the following addresses:

Amir H. Alavi
Scott W. Clark
Brian E. Simmons
Steven T. Jugle
Joshua S. Wyde
Justin Y. Chen
Alavi & Anaipaos PLLC
3417 Mercer Street, Suite C
Houston, TX 77027
Telephone: 713-751-2362
Facsimile: 713-751-2341
aalavi@aatriallaw.com
sclark@aatriallaw.com
bsimmons@aatriallaw.com
sjugle@aatriallaw.com
jwyde@aatriallaw.com
jchen@aatriallaw.com

Jess L. Askew, III
Frederick H. Davis
Kutak Rock LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
jess.askew@kutakrock.com
frederick.davis@kutakrock.com

                                                    Kael K. Bowling